# IN THE SUPREME COURT OF THE STATE OF NEVADA

WILBERT ROY HOLMES,
                Appellant,
        vs.
THE STATE OF NEVADA,
                Respondent.

No. 78706

**FILED**

MAY 3 1 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a motion to disqualify. Eighth Judicial District Court, Clark County; Douglas W. Herndon, Judge.

Because no statute or court rule permits an appeal from an order denying a motion to disqualify, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
       Pickering

_____, J.
       Parraguirre

_____, J.
       Cadish

19-23763

cc: Hon. Douglas W. Herndon, District Judge
Wilbert Roy Holmes
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk